UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VINCENT FERRAIUOLO,[1] | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 3:20-cv-858 (SRU) |
| | : | |
| U.S.D.C. BRIDGEPORT and ENFIELD TRUST FUND, | : | |
| | : | |
|     Defendants. | : | |

ORDER OF DISMISSAL

On June 11, 2020, the plaintiff, Vincent Ferraiuolo, an inmate in the custody of the Connecticut Department of Correction, filed the instant civil rights action under 42 U.S.C. § 1983, in the Southern District of New York.  *See* Compl., Doc. No. 2.  On the same day, Ferraiuolo also filed a request to proceed *in forma pauperis*.  *See* Request, Doc. No. 1.

On June 15, 2020, this case was transferred to the District of Connecticut from the Southern District of New York.  *See* Transfer Order, Doc. No. 4.  On June 22, 2020, Ferraiuolo was instructed to refile any motions pending at the time of the case's transfer.  *See* Order, Doc. No. 8. On August 3, 2020, Magistrate Judge William I. Garfinkel issued a Notice of Insufficiency, which instructed Ferraiuolo to submit (1) the "Prisoner's [*in forma pauperis*] application" that was sent to Ferraiuolo by United States mail and (2) a "ledger sheet" showing the past six months' transactions. Notice, Doc. No. 9.  Judge Garfinkel also informed Ferraiuolo that Ferraiuolo's complaint would be dismissed if he did not comply with this court order by August 24, 2020.  *See id.*

To date, Ferraiuolo has not submitted his *in forma pauperis* application, sought an extension of time within which to do so, or paid the requisite filing fee.  Thus, Ferraiuolo has neither paid the

---

[1] The Clerk is directed to amend the caption to conform with this Order.  In particular, the plaintiff's name was entered as "Vincent Ferrantino," but his name is "Vincent Ferraiuolo."  *See Inmate Search*, CONN. STATE DEP'T OF CORR., http://www.ctinmateinfo.state.ct.us/ (enter inmate number 273546) (last visited Sept. 16, 2020).

filing fee, nor has he satisfied the *in forma pauperis* exception to doing so.  *See* 28 U.S.C. § 1915(a).  Accordingly, Ferraiuolo's complaint is **DISMISSED without prejudice**.

Ferraiuolo may move to reopen this case by (1) filing a motion to reopen, (2) submitting a motion to proceed *in forma pauperis* on the form sent to him through the U.S. mail, and (3) submitting a ledger sheet showing the past six months of transactions.  In moving to reopen this case, Ferraiuolo must also explain his reason for failing to comply with this Court's order to submit his *in forma pauperis* motion because I must determine if there is good cause to reopen this matter.  The Clerk is directed to close this case without prejudice.

So ordered.

Dated at Bridgeport, Connecticut this 16th day of September 2020.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge